**LEE LITIGATION GROUP, PLLC**
C.K. Lee (CL 4086)
Anne Seelig (AS 3976)
30 East 39th Street, 2nd Floor
New York, NY 10016
Telephone: (212) 465-1188

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SALVADOR GOMEZ, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TERRI VEGETARIAN LLC d/b/a TERRI, TERRI 1 LLC d/b/a TERRI, TERRI 3 LLC d/b/a TERRI, CRAIG COCHRAN, JEFFREY LAPADULA and TOMER VERSANO,<br><br>Defendants. | No. 17 Civ. 0213 |

**NOTICE OF PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CONDITIONAL CERTIFICATION OF THE SETTLEMENT CLASS, APPOINTMENT OF PLAINTIFF'S COUNSEL AS CLASS COUNSEL, AND APPROVAL OF PROPOSED NOTICE OF SETTLEMENT**

For the reasons set forth in the Memorandum of Law in Support of Plaintiff's Motion for Preliminary Approval of the Class Action Settlement, Conditional Certification of the Settlement Class, Appointment of Plaintiff's Counsel as Class Counsel, and Approval of Proposed Notice of Settlement ("Motion for Preliminary Approval"), and the Declaration of C.K. Lee in Support of Plaintiff's Motion for Preliminary Approval ("Lee Declaration"), Plaintiff respectfully requests that the Court enter an Order:

(1) granting preliminary approval of the Settlement Agreement and Release ("Settlement Agreement"), Decl. of C.K. Lee ("Lee Decl.") Ex. A;

(2) certifying the proposed class for settlement purposes only;

(3) appointing Lee Litigation Group, PLLC ("Lee Litigation Group") ("Plaintiff's Counsel") as Class Counsel;

(4) approving the proposed Notice of Proposed Settlement of Class Action Lawsuit and Fairness Hearing, Lee Decl. Ex. B;

(5) approving RG2 Claims Administration, LLC as Claims Administrator; and

(6) granting such other, further, or different relief as the Court deems just and proper.

\*   \*   \*

Plaintiffs have contemporaneously submitted a Proposed Order, attached hereto as **Exhibit A**, for the Court's convenience.

Dated: March 2, 2018
New York, New York

Respectfully submitted,

By: /s/ C.K. Lee
Lee Litigation Group, PLLC
C.K. Lee (CL 4086)
Anne Seelig (AS 3976)
30 East 39th Street, 2nd Floor
New York, NY 10016
(212) 465-1188
*Attorneys for Plaintiff and the Class*