IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SALVADOR GOMEZ, on behalf of himself and others similarly situated,<br><br>       Plaintiff,<br><br> v.<br><br>TERRI VEGETARIAN LLC d/b/a TERRI, TERRI 1 LLC d/b/a TERRI, TERRI 3 LLC d/b/a TERRI, CRAIG COCHRAN, JEFFREY LAPADULA and TOMER VERSANO,<br><br>       Defendants. | Case No.: CV-17-0213<br><br>Cott, M.J.<br><br>**NOTICE OF PLAINTIFF'S UNOPPOSED MOTION FOR CERTIFICATION OF THE SETTLEMENT CLASS, FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT, AND APPROVAL OF THE FLSA SETTLEMENT** |

  For the reasons set forth in (i) the Memorandum of Law in Support of Plaintiff's Unopposed Motion for Certification of the Settlement Class, Final Approval of the Class Action Settlement, and Approval of the FLSA Settlement ("Plaintiff's Motion for Final Approval") and (ii) the Declaration of C.K. Lee in Support of Plaintiff's Unopposed Motion for Certification of the Settlement Class, Final Approval of the Class Action Settlement, and Approval of the FLSA Settlement, and the exhibits attached thereto, Plaintiff respectfully requests that the Court enter the proposed Order, attached hereto as **EXHIBIT A**.

Dated: September 10, 2018

                                       Respectfully submitted,

                                       LEE LITIGATION GROUP, PLLC

                                       By: /s/ C.K. Lee
                                       C.K. Lee (CL 4086)
                                       30 East 39th Street, Second Floor
                                       New York, NY 10016
                                       Tel.: 212-465-1188
                                       Fax: 212-465-1181
                                       ***Attorneys for Plaintiff, FLSA Collective Plaintiffs and the Class***