USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
SALVADOR GOMEZ, *on behalf of himself and all others similarly situated*,

          Plaintiff,

    -against-

TERRI VEGETARIAN LLC, *et al.*,

          Defendants.
-----------------------------------------------------------X

**JUDGMENT**

17-CV-213 (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

    This action being before this Court on consent of the parties pursuant to 28 U.S.C. § 636(c); and this Court having previously approved the parties' settlement agreement and having expressly retained jurisdiction to enforce that agreement; and plaintiff Salvador Gomez ("Plaintiff") having now moved to enforce the settlement agreement against defendants Cochran and Pease LLC, Terri 2 LLC, Terri 3 LLC, and Craig Cochran (collectively, herein, "Defendants") due to their failure to pay the settlement amount; and Plaintiff's motion having been granted as against these Defendants by the Court, it is herby

    **ORDERED, ADJUDGED, AND DECREED** that Plaintiff have judgment against Defendants, as identified herein, in the amount of **$307,500.00**.

Dated: New York, New York
      June 10, 2021

_____
JAMES L. COTT
United States Magistrate Judge